(No. 6660

HERSCHEL L. SUNLEY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENTS OF PUBLIC HEALTH AND GENERAL SERVICES, Respondent.

*Opinion filed December 8, 1972.*

HERSCHEL L. SUNLEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6811

DONOHOE ASPHALT AND PAVING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 8, 1972.*

DONOHOE ASPHALT AND PAVING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6853

MARION P. LINDSAY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed December 8, 1972.*

KLEIMAN, CORNFIELD AND FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,